IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01634-RBJ

ARNEY LUIS DIAS, by and through his Co-Conservators,
Rainer Dias and Jonathan K. Anderson-Chowgule,

      Plaintiff,

v.

WESTON BLACKIE and
TRAIL 4X4 COMPANY, LLC, d/b/a TRAIL JEEPS,

      Defendants.

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **10 day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 9, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **September 25, 2015 at 9:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 15th day of October, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge